# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DOROTHY BOHANON**                                                        **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO.:2:12-cv-167-JMV**

**HOLLYWOOD CASINO CORPORATION, et al.**                      **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL MEDIATION

This matter comes before the court on Plaintiff's Motion to Compel Mediation [52]. Upon due consideration of the motion and the response, the court finds that the motion is not well-taken for the reasons articulated in the Defendants' Response.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Compel Mediation is hereby **DENIED**.

**SO ORDERED**, this the 22th day of October, 2013.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**